AO 245B     (Rev. 09/11) Judgment in a Criminal Case
            Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN District of PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | |
| LINDA WESTON | ) | Case Number:    DPAE2:13CR00025-001 |
| | ) | USM Number:    68897-066 |
| | ) | Patricia McKinney and Paul M. George |
| | | Defendant's Attorney |

**THE DEFENDANT:**

X   pleaded guilty to count(s)    1 through 196.

☐   pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐   was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- | --- |
| 18:1962(d) | Conspiracy to participate in a racketeering enterprise. | 10-31-2011 | 1 |
| 18:371 | Conspiracy to commit a hate crime. | 10-15-2011 | 2 |
| 18:249(a)(2) & 2 | Hate crime and aiding and abetting. | 10-15-2011 | 3 |
| 18:249(a)(2) & 2 | Hate crime and aiding and abetting. | 10-15-2011 | 4 |
| 18:249(a)(2) & 2 | Hate crime and aiding and abetting. | 10-15-2011 | 5 |
| 18:249(a)(2) & 2 | Hate crime and aiding and abetting. | 10-15-2011 | 6 |

     The defendant is sentenced as provided in pages 2 through    11    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

cc
P McKinney, Esq
P George, Esq.
F Taylor, AUSA
R Barrett, AUSA
U-S Probation (2)cc
US Pretrial (1)cc
US MS (2)cc
Ptu (1)cc
Fiscal (1)cc
SIT

November 5, 2015
Date of Imposition of Judgment

_/s/ Cynthia M. Rufe_
Signature of Judge

Cynthia M. Rufe, U.S.D.J. EDPA
Name and Title of Judge

November 10, 2015
Date

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
              Sheet 1A

Judgment—Page 2 of 11

DEFENDANT: Weston, Linda
CASE NUMBER: DPAE2:13CR00025-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1201(a)(1) & 2 | Kidnapping and aiding and abetting. | 10-15-2011 | 7 |
| 18:1201(a)(1) & 2 | Kidnapping and aiding and abetting. | 10-15-2011 | 8 |
| 18:1201(a)(1) & 2 | Kidnapping (resulting in death) and aiding and abetting. | 11-13-2008 | 9 |
| 18:1959(a)(1) & 2 | Violent crime in aid of racketeering (kidnapping) and aiding and abetting. | 10-31-2011 | 10 |
| 18:1959(a)(1) & 2 | Violent crime in aid of racketeering (kidnapping) and aiding and abetting. | 10-31-2011 | 11 |
| 18:1959(a)(6) | Violent crime in aid of racketeering (conspiracy to assault with dangerous weapons). | 10-31-2011 | 12 |
| 18:1959(a)(6) | Violent crime in aid of racketeering (conspiracy to assault with dangerous weapons). | 11-30-2008 | 13 |
| 18:1584(a) & 2 | Involuntary servitude and aiding and abetting. | 9-30-2008 | 14 |
| 18:1959(a)(1) | Murder in aid of racketeering. | 6-26-2005 | 15 |
| 18:1201(a)(1) & 2 | Kidnapping and aiding and abetting. | 8-31-2009 | 16 |
| 18:1201(a)(1) & 2 | Kidnapping and aiding and abetting. | 2011 | 17 |
| 18:1959(a)(1) & 2 | Violent crime in aid of racketeering (kidnapping) and aiding and abetting. | late 2009 | 18 |
| 18:1959(a)(1) & 2 | Violent crime in aid of racketeering (kidnapping) and aiding and abetting. | 7-31-2010 | 19 |
| 18:1959(a)(6) | Violent crime in aid of racketeering (conspiracy to assault with dangerous weapons). | 10-31-2011 | 20 |
| 18:1201(a)(1) & 2 | Kidnapping and aiding and abetting. | 10-15-2011 | 21 |
| 18:1959(a)(1) & 2 | Violent crime in aid of racketeering (kidnapping) and aiding and abetting. | 10-31-2011 | 22 |
| 18:1959(a)(6) | Violent crime in aid of racketeering (conspiracy to assault with dangerous weapons). | 10-31-2011 | 23 |
| 18:1959(a)(1) | Murder in aid of racketeering. | 11-13-2008 | 24 |
| 18:1591 &1954(a)&(b) | Sex trafficking. | 10-31-2011 | 25 |
| 18:1591 &1954(a)&(b) | Sex trafficking. | 10-31-2011 | 26 |
| 18:1589(a)(1), 2 & 2 | Forced human labor and aiding and abetting. | 10-31-2011 | 27 |
| 18:1201(a)(1) & 2 | Kidnapping and aiding and abetting. | 10-31-2011 | 28 |
| 18:1959(a)(6) | Violent crime in aid of racketeering (conspiracy to assault with dangerous weapons). | Fall 2011 | 29 |
| 18:1959(a)(1) & 2 | Violent crime in aid of racketeering (kidnapping) and aiding and abetting. | 10-31-2011 | 30 |
| 18:924(c)(1) & 2 | Use and carrying a firearm in furtherance of a violent crime and aiding and abetting. | 10-31-2011 | 31 |
| 18:924(c)(1) & 2 | Use and carrying a firearm in furtherance of a violent crime and aiding and abetting. | 10-31-2011 | 32 |
| 18:1201(a)(1) & 2 | Kidnapping and aiding and abetting. | 10-15-2011 | 33 |
| 18:1959(a)(1) & 2 | Violent crime in aid of racketeering (kidnapping) and aiding and abetting. | 10-31-2011 | 34 |
| 18:1959(a)(6) | Violent crime in aid of racketeering (conspiracy to assault with dangerous weapons). | 10-31-2011 | 35 |

AO 245B      (Rev. 09/11) Judgment in a Criminal Case
             Sheet 1A

Judgment—Page __3__ of __11__

DEFENDANT:       Weston, Linda
CASE NUMBER:     DPAE2:13CR00025-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:924(c)(1) & 2 | Use and carrying a firearm in furtherance of a violent crime and aiding and abetting. | 10-31-2011 | 36 |
| 18:924(c)(1) & 2 | Use and carrying a firearm in furtherance of a violent crime and aiding and abetting. | 10-31-2011 | 37 |
| 18:641 | Theft from government. | 10-31-2011 | 38 |
| 18:641 | Theft from government. | 10-31-2001 | 39 |
| 18:641 | Theft from government. | 1-31-2009 | 40 |
| 18:641 | Theft from government. | 10-31-2011 | 41 |
| 18:641 | Theft from government. | 10-31-2011 | 42 |
| 18:641 & 2 | Theft from government and aiding and abetting. | 10-31-2011 | 43 |
| 18:1001 | False statements. | 11-10-2008 | 44 |
| 18:1001 | False statements. | 12-11-2007 | 45 |
| 18:1001 | False statements. | 11-19-2008 | 46 |
| 18:1001 | False statements. | 4-3-2009 | 47 |
| 42:1383a(a)(2) | False statements to Social Security Administration. | 11-19-2008 | 48 |
| 42:1383a(a)(2) | False statements to Social Security Administration. | 11-19-2008 | 49 |
| 42:1383a(a)(2) | False statements to Social Security Administration. | 4-3-2009 | 50 |
| 42:1383a(a)(2) | False statements to Social Security Administration. | 4-3-2009 | 51 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 2-12-2009 | 52 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 3-3-2009 | 53 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 4-3-2009 | 54 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 5-1-2009 | 55 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 6-3-2009 | 56 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 7-2-2009 | 57 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 8-3-2009 | 58 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 9-3-2009 | 59 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 10-2-2009 | 60 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 11-3-2009 | 61 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 12-3-2009 | 62 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 12-31-2009 | 63 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 2-3-2010 | 64 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 3-3-2010 | 65 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 4-2-2010 | 66 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 5-3-2010 | 67 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 6-3-2010 | 68 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 7-2-2010 | 69 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 8-3-2010 | 70 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 9-3-2010 | 71 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 10-1-2010 | 72 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 11-3-2010 | 73 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 12-3-2010 | 74 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 1-3-2011 | 75 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 2-3-2011 | 76 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 3-3-2011 | 77 |
| 18:1343 and 2 | Wire fraud and aiding and abetting. | 4-1-2011 | 78 |

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 1A

Judgment—Page 4 of 11

DEFENDANT: Weston, Linda
CASE NUMBER: DPAE2:13CR00025-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 5-3-2011 | 79 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 6-3-2011 | 80 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 7-1-2011 | 81 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 8-3-2011 | 82 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 9-2-2011 | 83 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 10-3-2011 | 84 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 2-17-2009 | 85 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 2-27-2009 | 86 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 2-27-2009 | 87 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 4-1-2009 | 88 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 4-1-2009 | 89 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 5-1-2009 | 90 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 5-18-2009 | 91 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 5-18-2009 | 92 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 7-1-2009 | 93 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 7-6-2009 | 94 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 12-31-2008 | 95 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 1-30-2009 | 96 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 2-27-2009 | 97 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 4-1-2009 | 98 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 5-1-2009 | 99 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 6-1-2009 | 100 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 7-1-2009 | 101 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 7-1-2009 | 102 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 1-25-2008 | 103 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 2-1-2008 | 104 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 3-3-2008 | 105 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 4-3-2008 | 106 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 5-2-2008 | 107 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 6-3-2008 | 108 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 7-3-2008 | 109 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 8-1-2008 | 110 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 9-3-2008 | 111 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 10-3-2008 | 112 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 11-3-2008 | 113 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 12-3-2008 | 114 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 1-2-2009 | 115 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 1-25-2008 | 116 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 1-28-2008 | 117 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 1-30-2008 | 118 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 1-30-2008 | 119 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 1-30-2008 | 120 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 1-30-2008 | 121 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 1-30-2008 | 122 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 1-30-2008 | 123 |

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
               Sheet 1A

Judgment—Page 5 of 11

DEFENDANT: Weston, Linda
CASE NUMBER: DPAE2:13CR00025-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18:1343&2 | Wire fraud and aiding and abetting. | 1-30-2008 | 124 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 1-30-2008 | 125 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 1-30-2008 | 126 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 1-30-2008 | 127 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 12-3-2008 | 128 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 1-2-2009 | 129 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 1-2-2009 | 130 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 1-2-2009 | 131 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 2-11-2009 | 132 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 3-3-2009 | 133 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 4-3-2009 | 134 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 5-1-2009 | 135 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 6-3-2009 | 136 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 7-2-2009 | 137 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 8-3-2009 | 138 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 9-3-2009 | 139 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 10-2-2009 | 140 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 11-3-2009 | 141 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 12-3-2009 | 142 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 12-31-2009 | 143 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 2-3-2010 | 144 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 3-2-2010 | 145 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 4-2-2010 | 146 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 5-3-2010 | 147 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 6-3-2010 | 148 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 7-2-2010 | 149 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 8-3-2010 | 150 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 9-3-2010 | 151 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 10-1-2010 | 152 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 11-3-2010 | 153 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 12-3-2010 | 154 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 1-3-2011 | 155 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 2-3-2011 | 156 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 4-1-2011 | 157 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 5-3-2011 | 158 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 6-3-2011 | 159 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 7-1-2011 | 160 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 8-3-2011 | 161 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 9-2-2011 | 162 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 10-3-2011 | 163 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 9-3-2010 | 164 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 10-1-2010 | 165 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 11-3-2010 | 166 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 12-3-2010 | 167 |
| 18:1343&2 | Wire fraud and aiding and abetting. | 1-3-2011 | 168 |

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 1A

Judgment—Page  6  of  11

**DEFENDANT:**     Weston, Linda
**CASE NUMBER:**   DPAE2:13CR00025-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 2-3-2011 | 169 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 3-3-2011 | 170 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 4-1-2011 | 171 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 5-3-2011 | 172 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 6-3-2011 | 173 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 7-1-2011 | 174 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 9-2-2011 | 175 |
| 18:1343 & 2 | Wire fraud and aiding and abetting. | 10-3-2011 | 176 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 11-20-2008 | 177 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 12-17-2008 | 178 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 12-18-2008 | 179 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 12-22-2008 | 180 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 12-31-2008 | 181 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 1-2-2009 | 182 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 2-27-2009 | 183 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 3-2-2009 | 184 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 4-14-2009 | 185 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 5-1-2009 | 186 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 5-18-2009 | 187 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 6-1-2009 | 188 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 7-1-2009 | 189 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 11-2-2008 | 190 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 1-11-2008 | 191 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 7-3-2008 | 192 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 4-3-2009 | 193 |
| 18:1341 & 2 | Mail fraud and aiding and abetting. | 11-19-2008 | 194 |
| 18:1001 | False statements | 7-24-2009 | 195 |
| 18:1201(a)(1) & 2 | Kidnapping and aiding and abetting | 10-31-2011 | 196 |

AO 245B     (Rev. 09/11) Judgment in Criminal Case
                Sheet 2 — Imprisonment

Judgment — Page    7    of    11   

DEFENDANT:     Weston, Linda
CASE NUMBER:     DPAE2:13CR00025-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

5 years on each counts 2, 44 through 51 and 195; 10 years on each of counts 3 through 6 and 38 through 43; 3 years on each of counts 12, 13, 20, 23, 29 and 35; 20 years on each of counts 14, 27 and 52 through 194; life on each of counts 25 and 26; life on count 1; life on each of counts 9, 15, and 24; life on each of counts 7, 8, 10, 11, 16 through 19, 21, 22, 28, 30, 33, 34 and 196, all terms to run concurrently to each other. (see next page)

[X] The court makes the following recommendations to the Bureau of Prisons:
The Court recommends defendant be classified to an institution separate and apart from co-defendants.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at           [ ] a.m.    [ ] p.m.    on           .
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on           .
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on           to          

at           , with a certified copy of this judgment.

UNITED STATES MARSHAL

By          
        DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
            Sheet 2A — Imprisonment

Judgment—Page __8__ of __11__

DEFENDANT:         Weston, Linda
CASE NUMBER:       DPAE2:13CR00025-001

## ADDITIONAL IMPRISONMENT TERMS

Sentences on the following counts are to be imposed as follows:
Count 31- 5 years imprisonment consecutive to all other counts;
Count 32- 25 years imprisonment consecutive to count 31;
Count 36- 25 years imprisonment consecutive to count 32; and
Count 37- 25 years imprisonment consecutive to count 36, for a total term of life plus 80 years.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 9 of 11

DEFENDANT: Weston, Linda
CASE NUMBER: DPAE2:13CR-00025-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 19,600.00 | $ NONE | $ 273,468.23 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

X The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Social Security Administration<br>Debt Management Section<br>Attn: Court Refund<br>P.O. Box 2861<br>Philadelphia, Pa 19122 | $273,468.23 | $273,468.23 | 100% |

| TOTALS | $ _____ | $ _____ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    X the interest requirement is waived for the ☐ fine   X restitution.

    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 5A — Criminal Monetary Penalties

Judgment—Page 10 of 11

DEFENDANT: Weston, Linda
CASE NUMBER: DPAE2:13CR00025-001

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The defendant's restitution obligation shall not be affected by any restitution payments made by any other indicted or unindicted co-conspirators, except no further payments shall be required after the sum of the amounts actually paid by all involved persons has fully satisfied this loss.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
          Sheet 6 — Schedule of Payments

Judgment — Page  11  of  11

DEFENDANT:      Weston, Linda
CASE NUMBER:    DPAE2:13CR00025-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☐ Lump sum payment of $ _____ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☒ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☒ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒ Special instructions regarding the payment of criminal monetary penalties:

   If defendant should become employed while incarcerated then monies earned may be applied to her Court ordered financial obligations at a minimum rate of $25.00 per quarter.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

   Linda Weston (13CR00025-001) Jean McIntosh (13CR00025-002) Eddie Wright (13CR00025-004) $273,468.23 to Social Security Administration.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.